DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TEQUAN RAHEEM FREEMAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2759

[July 14, 2022]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; William L. Roby, Judge; L.T. Case No. 56-2008-CF-003219A.

Marie-Louise Parmer of Parmer Deliberato, P.A., Tampa, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Heidi Bettendorf, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***